# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP.,<br>Plaintiff-Appellee, | )<br>)<br>)<br>) No. 25-2519 |
| BOLIVARIAN REPUBLIC OF VENEZUELA<br>Defendant-Appellee, | )<br>)<br>)<br>) |
| LEROY A. GARRETT,<br>Appellant. | )<br>) |

Appeal From The United States District Court For The District Of Delaware
No. 1:17-mc-151-LPS, Judge Leonard P. Stark

## No. 25-2519 (Consolidated with No. 25-2789)

## IN RE: GOLD RESERVE INC., ET AL., PETITIONERS

### NOTICE OF APPEAL

November 14, 2025

Dr. Leroy A. Garrett, pro se representative for ~23,000 Petroleum Holocaust victims with ~$1 billion in aggregate junior claims, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Order entered on November 13, 2025 (D.I. 2527), denying his Motion for Reconsideration of Denials, Recusal of Judge Stark, and Approval of QSF (D.I. 2516).

This appeal is taken pursuant to 28 U.S.C. § 1291. Expedited consideration is requested to prevent mootness, in light of the impending auction and GL-5 expiration on December 20, 2025.

**/s/ Dr. Leroy A. Garrett**

Pro Se Petitioner

**CERTIFICATE OF SERVICE**

Served via CM/ECF on all counsel of record and by U.S. Mail on non-ECF parties.